MONAHAN TUCKER LAW
YOUR CLAIM. OUR CAUSE.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MICHAEL TEJEDOR,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

Case No.:

**COMPLAINT FOR BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURTITY ACT OF 1974 ("ERISA"); ENFORCEMENT AND CLARIFICATION OF RIGHTS; PRE-JUDGMENT AND POST-JUDGMENT INTEREST AND ATTORNEYS' FEES AND COSTS.**

Action Filed:
Trial Date:



Stacy M. Tucker (SBN 43449)
**MONAHAN TUCKER LAW, PC**
14241 NE Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072
T: (206) 486-3553 | F: (206) 339-7155

Plaintiff Michael Tejedor herein sets forth the allegations of his Complaint against defendant Prudential Insurance Company of America ("Prudential").

**PRELIMINARY ALLEGATIONS**

1. "Jurisdiction" – This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under an employee benefit plan. Plaintiff seeks relief, including, but not limited to, payment of benefits, prejudgment and post-judgment interest, reinstatement to the benefit plans at issue herein, and attorneys' fees and costs.

2. Plaintiff was at all times relevant, an employee of Microsoft Corporation ("Microsoft") and a resident of King County in the State of Washington.

3. Plaintiff is informed and believes that defendant Prudential is a corporation existing under the laws of Indiana with its principal place of business in the State of Pennsylvania, authorized to transact and transacting business in the Western District of Washington and can be found in the Western District of Washington. Prudential is the insurer of long term disability benefits under the Microsoft Corporation Long Term Disability Plan ("LTD Plan"). The LTD Plan is located in Washington. Prudential acts in the capacity of the claims administrator for both the LTD Plan and the Microsoft Corporation Short Term Disability Plan ("STD Plan"). Prudential administered the claim with a conflict of interest and the bias this created affected the claims determination.

4. Plaintiff is informed and believes that Prudential identifies the group long term disability policy it issued to Microsoft as Group Policy No. G-43994-WA



Stacy M. Tucker (SBN 43449)
**MONAHAN TUCKER LAW, PC**
14241 NE Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072

(“the Policy”).

5. Plaintiff is informed and believes that the Policy was intended by Microsoft to insure citizens of the State of Washington, including Plaintiff herein, Michael Tejedor.

6. Plaintiff is informed and believes that the Policy was first issued in 2019 and has been annually renewed since that date.

7. Pursuant to the terms and conditions of the LTD Plan, Plaintiff is entitled to LTD benefits for the duration of Plaintiff’s disability, for so long as Plaintiff remains disabled as required under the terms of the LTD Plan, with those benefits correctly calculated pursuant to the terms of the LTD Plan.

8. Defendant and Plaintiff can be found in this judicial district. Thus, venue is proper in this judicial district pursuant to 29 U.S.C. § 1132(e)(2).

**FIRST CAUSE OF ACTION**

**AGAINST PRUDENTIAL INSURANCE COMPANY OF AMERICA**

**FOR PLAN BENEFITS,**

**ENFORCEMENT AND CLARIFICATION OF RIGHTS,**

**PREJUDGMENT AND POSTJUDGMENT INTEREST, AND**

**ATTORNEYS’ FEES AND COSTS**

**(29 U.S.C. § 1132(a)(1)(B))**

9. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

10. At all times relevant, Plaintiff was employed by Microsoft and was a covered participant under the terms and conditions of both its STD Plan and the LTD Plan. The LTD Plan was insured by Defendant Prudential and Prudential was also the Plan claims administrator, and made all decisions to pay or deny benefit claims.

11. Plaintiff enrolled in the LTD Plan as a Class 3 employee, which entitles him to 60% of his “monthly earnings” as defined by the Policy to a maximum benefit amount of $15,000 per month.



Stacy M. Tucker (SBN 43449)
**MONAHAN TUCKER LAW, PC**
14241 NE Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072

MONAHAN TUCKER LAW YOUR CLAIM. OUR CAUSE.

12. During the course of Plaintiff's employment, Plaintiff became entitled to benefits under the terms and conditions of the LTD Plan. Specifically, while Plaintiff was covered under the LTD Plan, Plaintiff suffered a disability rendering Plaintiff disabled as defined under the terms of the LTD Plan.

13. Pursuant to the terms of the LTD Plan, Plaintiff made a claim to Prudential for STD and LTD benefits under the STD and LTD Plans.

14. Prudential approved Plaintiff's STD claim and paid it through the maximum time period of November 9, 2025, but denied the LTD claim benefits as of November 10, 2025, despite the two plans having the identical language and requirements of proof. Plaintiff timely appealed that denial, and Prudential upheld its wrongful denial on appeal in a letter dated April 8, 2026, taking the position that Plaintiff failed to qualify for benefits because he failed to demonstrate disability during the STD period. The appeal uphold letter stated, "We have determined that the information in your file does not support a functional impairment of such severity that would prevent you from performing material and substantial duties of your own occupation continuously throughout your eliminator period forward." The elimination period is the same period as the STD period, in which Prudential found him disabled under the same standard and paid his benefits through the maximum period.

15. Microsoft's Short Term Disability Leave of Absence Plan is attached as Exhibit 1, and requires the following to demonstrate disability after 12 weeks of disability:

- You must be unable to perform the material and substantial duties of your regular occupation due to sickness or injury.
- During paid STD leave, you must remain under the regular care of a qualified health care provider.

16. The above definition of disability is functionally the same definition as included in the Microsoft Long Term Disability Plan, which states:



Stacy M. Tucker (SBN 43449)
**MONAHAN TUCKER LAW, PC**
14241 NE Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072

MONAHAN TUCKER LAW YOUR CLAIM. OUR CAUSE.

You are disabled when Prudential determines that:

• you are unable to perform the material and substantial duties of your regular occupation due to your sickness or injury and you have 20% or more loss in your monthly earnings; and

• you are under the regular care of a doctor.

17. Prudential breached the LTD Plan and violated ERISA in the following respects:

(a) Failing to approve Plaintiff's appeal and pay his benefits for his LTD claim after approving benefits for the STD claim, knowing that Plaintiff was entitled to those benefits under the terms of the LTD Plan. Even though Prudential had such knowledge, Prudential denied payment of those LTD benefits;

(b) Failing to pay the full amount of LTD benefit payments owed to Plaintiff based on an accurate calculation at a time when Prudential knew, or should have known, that Plaintiff was entitled to those benefits under the terms of the LTD Plan. Even though Prudential had such knowledge, Prudential denied payment of the correct amount of Plaintiff's LTD benefits;

(c) Failing to provide a prompt and reasonable explanation of the basis relied on under the terms of the LTD Plan documents, in relation to the applicable facts and LTD provisions, for the denial of Plaintiff's claims for the correct calculation of his LTD benefits;

(d) Failing to provide Plaintiff all medical opinions obtained by Prudential prior to the denial of his appeal to give him the opportunity to respond to those opinions as part of a full and fair appeal review;

(f) After Plaintiff's claim was denied, Prudential failed to adequately describe to Plaintiff any additional material or information necessary for Plaintiff to perfect his claim along with an explanation of why such material is or was necessary, and how he could demonstrate disability in the elimination



Stacy M. Tucker (SBN 43449)
**MONAHAN TUCKER LAW, PC**
14241 NE Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072

period when Prudential had already confirmed disability in that same period; and

(g) Failing to properly and adequately investigate the merits of Plaintiff's claim and failing to provide a full and fair review of Plaintiff's claim.

18. Plaintiff is informed and believes and thereon alleges that Prudential wrongfully denied his benefits under the LTD Plan by other acts or omissions of which Plaintiff is presently unaware, but which may be discovered in this future litigation, and which Plaintiff will immediately make Prudential aware of once said acts or omissions are discovered by Plaintiff.

19. Following the denial of benefits, Plaintiff exhausted all administrative remedies required under ERISA or such exhaustion would be futile, and Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under the LTD Plan.

20. As a proximate result of the aforementioned wrongful conduct of defendants, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial.

21. As a further direct and proximate result of this improper determination regarding Plaintiff's claims, Plaintiff, in pursuing this action, has been required to incur attorneys' costs and fees. Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendants.

22. The wrongful conduct of Prudential has created uncertainty where none should exist, therefore, Plaintiff is entitled to enforce his rights under the terms of the LTD Plan and to clarify his right to future benefits under the terms of the LTD Plan.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1. Retroactive payment of the correct amount of disability benefits due Plaintiff up to and including the date of judgment;



Stacy M. Tucker (SBN 43449)
**MONAHAN TUCKER LAW, PC**
14241 NE Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072

MONAHAN TUCKER LAW YOUR CLAIM. OUR CAUSE.

2. An order declaring that Plaintiff is entitled to have benefits continue to be paid under the LTD Plan for so long as Plaintiff remains disabled under the terms of the LTD Plan;

3. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

4. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

5. Such other and further relief as this Court deems just and proper.

DATED: June 2, 2026

MONAHAN TUCKER LAW, P.C.

By: ______________________

Stacy M. Tucker, Esq.
SBN 43449
E-mail: *smtucker@mtlawpc.com*
**MONAHAN TUCKER LAW, PC**
14241 NE Woodinville-Duvall Road
Suite 382
Woodinville, WA 98072
T: (206) 486-3553
F: (206) 339-7155

# EXHIBIT 1

EXHIBIT 1

# Short Term Disability Leave of Absence Policy for Microsoft Employees

Microsoft offers qualifying domestic, regular employees Short Term Disability ("STD") Leave for illnesses and injuries not covered by workers' compensation laws. Workers' compensation benefits may be available for work-related conditions. Contact Benefits for more information about workers' compensation benefits.

This policy applies to *eligible employees* of Microsoft, or a *participating employer* as defined in the Microsoft Welfare Plan's Summary Description. For the definition of *eligible employee and participating employer*, visit the Benefits site and refer to the Eligibility section of the Summary Plan Description.

The information below outlines the terms of the STD leave policy. Notwithstanding anything below, re-employment rights may be affected by a leave or combination of leaves exceeding twelve (12) weeks (480 hours), return to work restrictions, and/or position eliminations, outsourcing, or reorganizations.

Interns and others classified as "t-"are not eligible to take leave under this policy, but may be eligible to take unpaid time off for family or medical reason under the Family and Medical Leave Act (FMLA) or other applicable state law. Please contact Benefits for additional information. For information on the FMLA, see the Family and Medical Leave Act FAQs.

Microsoft offers STD leave of up to twenty-six weeks in a leave year to employees who meet eligibility requirements as stated below. "Leave year" is defined as a rolling 12-month period calculated backward from the date an employee uses any leave that qualifies as leave under the Family and Medical Leave Act (FMLA).

Prudential Financial, Inc. ("Prudential") is Microsoft's agent for the purpose of administering paid STD under this policy. In this capacity, Prudential reviews applications for paid STD, requests and gathers information it deems appropriate for determining eligibility, determines whether and for what period the employee is eligible for paid STD, and engages in any other action it deems appropriate to administer this policy.

Microsoft determines eligibility for unpaid STD under this policy but has discretion to seek assistance or consultation from third parties as it deems appropriate.

STD Leave is available for up to 26 weeks subject to the requirements and schedule described below.

> Week 1 through 8 – STD is paid at the rate of 100% of base pay, upon evaluation of supporting medical documentation and approval of Prudential.
> Weeks 9 through 26 – STD is paid at the rate of 75% of base pay, upon evaluation of supporting medical documentation and approval of Prudential.

**First 12 weeks of disability:** For **paid** STD Leave, you must meet the following criteria and conditions:

- Be assessed and certified by your medical provider to have a serious health condition that results in a period of incapacity that makes you unable to perform the functions of your position.
- Participate in the provider's recommended treatment, which may involve continuing treatment or inpatient care under the regular care of a qualified health care provider.

The following definitions apply for purposes of determining eligibility for the first 12 weeks of disability:

- Serious Health Condition means an illness, injury, impairment, or physical or mental condition that involves inpatient care or continuing treatment by a **health care provider.**
- Incapacity means the inability to work, attend school or perform other regular daily activities due to a serious health condition (or treatment for or recovery from a serious health condition).
- Treatment includes (but is not limited to) examinations to determine if a serious health condition exists and evaluations of the condition. It does not include routine physical, eye or dental examinations.
- Inpatient care means an overnight stay in a hospital, hospice or residential medical care facility, including any period of incapacity or any subsequent treatment in connection with such inpatient care.
- Continuing treatment by a health care provider includes several distinct definitions and can include conditions with short-term, chronic, long-term or permanent periods of incapacity.
- Regular care means:
  - You personally visit a medical provider as frequently as is medically required or advised, according to generally accepted medical standards, to effectively manage and treat the claimed disabling condition(s); and
  - You are receiving the most appropriate treatment and care, which conforms with generally accepted medical standards, for your disabling condition(s) by a medical provider whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**After 12 Weeks of Disability**

- You must be unable to perform the material and substantial duties of your regular occupation due to sickness or injury.
- During paid STD leave, you must remain under the regular care of a qualified health care provider.
- You must agree to have your medical status and documentation initially and periodically reviewed by the Company's Benefits Business Partners and/or Prudential and/or medical consultants.

- You must agree to the release of relevant records for review by the Company's Benefits Business Partners or Prudential claims managers, consultants, and/or medical providers.
- Prudential determines paid STD eligibility based on any and all facts, evidence, evaluations, and opinions they deem appropriate in their sole discretion, including, but not limited to any and all information provided by your medical provider(s), other medical provider(s), vocational experts, and any third parties requested by Prudential to evaluate your eligibility for paid STD leave. Prudential may use this information to determine initial eligibility, continuing eligibility, and for how long you may be eligible. If information or opinions conflict, Prudential determines, in their sole discretion, the weight to accord to the information or opinions at issue and what information or opinions are determinative of eligibility.
- If Prudential requires you to be examined by doctors, other medical practitioners or consultants, or vocational experts of their choice, Prudential will pay for these examinations. Microsoft or Prudential can require examinations or evaluations as often as they deem necessary to determine eligibility. Microsoft or Prudential may also require you to be interviewed by an authorized Prudential Representative or third-party evaluator. Refusal to be examined or interviewed may result in denial or termination of pay during STD leave.

The following definitions apply for purposes of determining eligibility for paid STD leave after the first 12 weeks of disability:

- Material and substantial duties means duties that are normally required for the performance of your regular occupation.
- Regular occupation means the occupation you are routinely performing when your claimed disability begins. Prudential will look at your occupation as it is normally performed instead of how the work tasks are performed in a specific position or at a specific location.
- Regular care means:
  - You personally visit a medical provider as frequently as is medically required or advised, according to generally accepted medical standards, to effectively manage and treat the claimed disabling condition(s); and
  - You are receiving the most appropriate treatment and care, which conforms with generally accepted medical standards, for your disabling condition(s) by a medical provider whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**Unpaid STD Leave**

For Unpaid STD Leave, you must meet the following criteria:

- Be a regular employee (not work as an intern); and,
- Have a serious health condition (defined above) that makes you unable to perform the functions of your position.

**Short Term Disability Leave Related to Maternity/Pregnancy Leave**
Birth mothers/persons who desire may request to take STD leave starting up to 14 days preceding the anticipated/scheduled delivery date (assuming a routine pregnancy) without being required to submit a Physician's Statement of Impairment. STD pay will commence at 100% of base pay. Choose the "Prenatal or Pregnancy with Complications" option in the LOA tool to apply. You are not required to contact Prudential for the two weeks of Prenatal STD leave. If you have been approved for STD leave and your baby is not born as of the due date as anticipated, you will remain on approved STD leave until your child is born. When your child is born, your STD leave will end, and your Maternity Disability Leave will begin.

Additionally, if you experience disability related to pregnancy prior to 14-day days before your routine due date, you may still be eligible for paid or unpaid STD leave under this policy, but you will be required to submit a Physician's Statement of Impairment completed by a health care provider. If you experience disability related to pregnancy or childbirth before or after your Maternity Disability Leave period, you may still be eligible for paid or unpaid STD leave under this policy, Microsoft's Long Term Disability plan, Microsoft's Parental Leave Policy, or applicable law.

Microsoft also offers employees up to twelve weeks of paid Parental Leave. For persons who have given birth, parental leave runs separately from STD and Maternity Disability Leave, and in most cases, begins on the day after Maternity Disability Leave ends. Birth persons who experience childbirth-related disability for longer than the Maternity Disability Leave period may have the option to take additional STD leave before commencing Parental Leave. In rare situations where childbirth-related disability occurs after Parental Leave ends, additional leave may be available under this policy, Microsoft's Long Term Disability Plan, or applicable law. Contact Benefits or your Benefits Business Partner directly to discuss your leave options.

**Microsoft Discretion**
Unless prohibited by federal or state law, Microsoft and/or Prudential, in their sole discretion:

- Determine whether an employee meets the eligibility requirements for paid STD leave.
- Determine whether objective medical evidence is required to support a request for paid STD leave.
- May deny paid STD leave for periods during which an employee is unable to work due to cosmetic surgery and its effects.
- May deny STD leave if you are able to work with accommodation that the company has offered.
- Determines whether additional information, exams, or tests are needed to determine eligibility for paid STD leave.

**Employee Responsibilities and Availability While on STD Leave**
- During paid STD leave you must be available and reachable via telephone.

- Your contact information (address, phone, personal email) must be up to date and provided to your Benefits Business Partner prior to your leave start date.
- Unless hospitalized or incapacitated you are responsible for speaking with your Prudential Claim Manager and Benefits Business Partner.
- You must respond to inquiries from your Prudential Claims Manager and Benefits Business Partner within three business days.
- You are required to inform/update Prudential, your manager, and your Benefits Business Partner of any changes to your leave duration and return to work plans.
- You are required to work with your medical provider to submit to Prudential supportive medical records, such as the Attending Physician Statement, office visit notes, and test results as early as possible to expedite review of your initial STD leave application AND any requests for extension of your leave. Submitting as much supportive medical information as early as possible may enable you to avoid or minimize periods of unpaid STD leave.

**Medical Certifications**

Before your leave request is granted, medical certification is required from your own health care provider. For consideration of paid leave, the Prudential Attending Physician statement is required. For paid STD, Prudential or Microsoft may, before or at any time during your leave, require you and your records to be evaluated by one or more health care providers or consultants chosen by Microsoft or Prudential. For unpaid STD, Microsoft may require an evaluation by a provider of its choice, and, if that evaluation conflicts with your provider's evaluation, a third, "tie breaker" evaluation. You may be granted unpaid or paid STD leave provisionally (i.e., prior to submitting medical certification), and if this occurs, you will be given a deadline by which you must provide medical certification. If you choose to seek medical certification from a health care provider outside the U.S., the provider must complete the Physician Statement of Impairment form in English and must be reachable to respond to follow-up questions. Additionally, proof of medical credentials may be required by your Benefits Business Partner. For the entire time you are on leave status (regardless of the type of leave), Microsoft may, as it deems appropriate, and unless inconsistent with applicable law, require additional or updated medical documentation in order to periodically review your situation. Please note that after 12 weeks of paid STD leave you may be required to present more comprehensive medical records to determine whether you continue to meet the definition of disability.

**When STD Pay Begins**

You are eligible to apply for paid STD on or after your date of hire and after you have met 8 hours of continuous leave in one week. After you apply for STD leave, Prudential will determine if you meet the paid STD criteria. You will be placed on unpaid leave pending receipt and review of all medical information necessary for a decision on initial or continued STD pay. Upon approval, STD pay begins on your first day of leave. If your medical condition allows you to continue working a partial (reduced or intermittent) work schedule, and you apply for a partial STD leave, you will need to be off work for

8 continuous hours in one week to apply for paid STD. STD pay, if approved, will then begin on your first day of leave.

**Calculation of Leave Time and Pay**

Leave time and (if applicable) leave pay will be calculated based on the number of weeks that you are on leave, for up to a total of 26 weeks. For full-time employees taking leave on an intermittent or reduced basis, leave time will be counted by the hour assuming a 40-hour work week, up to a maximum of 1040 hours of leave time. For employees on a part-time schedule prior to requesting intermittent or reduced leave, leave time and pay will be prorated based on the recognized part-time schedule prior to the leave request. (Example: For an employee on an 80% part-time schedule prior to requesting leave, STD leave will be calculated assuming a 32-hour workweek, for a maximum of 832 hours.)

Employees approved for paid leave receive 100% of base pay for up to 8 weeks followed by 75% of base pay for up to 18 weeks while on leave, except for periods they choose to substitute with paid vacation, sick, or floating holiday time. Base pay reflects current salary (or base hourly pay for hourly employees) and does not include bonuses, overtime, commission, stock value or any other form of extra compensation. Sales incentive payments may be impacted by a leave of absence.

**Part-Time STD Leave/ Part-Time Return to Work**

If your situation prevents you from working full time but you are capable of working part time, you may be eligible for or required to take leave on a reduced or intermittent basis. In such situations, job duties, work schedules, and pay will be determined on a case-by-case basis. In some circumstances, the company may choose to temporarily reassign the employee to an alternative position that better accommodates the intermittent or reduced schedule. Benefits (pay and amount of leave time) for paid STD leave will be prorated for employees working on partial STD leave. Proration will be based on the employee's reduced schedule at the time leave is requested. If Microsoft determines that you are not capable of working full time after 26 weeks of STD leave, you will be eligible to apply for long term disability benefits. Please contact your Prudential Claims Manager and Benefits Business Partner for information regarding Long Term Disability or visit the LTD site for more information.

**Treatment Outside the United States**

If you choose to seek treatment out of the country, you must provide your Prudential Claims Manager and Benefits Business Partner with appropriate contact information (address, phone, name of emergency contact) for the country in which you will temporarily reside. You must respond to inquiries from your Prudential Claims Manager and Benefits Business Partner within 3 business days.

**STD Leave Limited by Medical Need**

The length of STD leave is determined by medical need and STD leave will cease when you no longer meet the requirements for STD leave.

**Coordination with Sick Leave and Vacation**

If you apply for paid STD, pay will not commence until you have been approved for paid STD leave. During the claim review process, you may apply available sick time, vacation or floating holidays to be paid out at 100% until Prudential makes their determination. Likewise, you may apply available sick time, vacation, or floating holidays to be paid out at 100% if, at any point, you are on unpaid leave or if you would like to replace 75% STD pay with that time. **Please do not enter this time into TAR but instead reach out to your Benefits Business Partner for assistance.**

You will be placed on unpaid leave pending review of your application, except to the extent you opt to substitute sick leave, vacation or floating holidays (see below for substitution rules). When and if you are approved for paid STD, pay will be retroactive to the first date approved. You will also be placed on unpaid STD for any period of leave that requires additional evaluation or recertification to determine continued eligibility for paid STD, however, STD pay will be granted retroactively to cover approved time that may have previously been unpaid.

> **Example:** You apply for eight weeks of leave, and you are approved as "paid" for the first four weeks. You will be placed on "unpaid" leave after the first four weeks until a determination of eligibility for the last four weeks is made by Prudential. If you are then approved for paid STD for the last four weeks, pay will be retroactive to the first date of unpaid leave, except to the extent you have chosen to substitute available sick leave or granted vacation or floating holidays for that time.

Eligible employees are encouraged to apply for paid STD leave as soon as they become aware of a need for such leave, and to have health care providers submit supportive medical records, such as the Attending Physician Statement (Prudential will provide), office visit notes, and test results. Prudential's receipt of your telephone call to report your leave and subsequent supportive medical documents as early as possible will expedite review of your application and may enable you to avoid or minimize periods of unpaid STD leave.

The use of sick leave is optional during paid or unpaid STD leave. You may also, but are not required to, use available floating holidays and/or granted vacation leave during any portion of a STD leave that would otherwise be unpaid. Any sick leave, floating holidays, or vacation leave that is substituted for STD leave will run concurrently with STD leave. Vacation, floating holidays, and sick leave are treated as substitutes for all or part of a STD leave, not as additions or augmentations to STD leave or STD pay. Sick leave, granted vacation or floating holidays used at any point during such leave, does not extend the 12-week period described in "Re-employment" section of this policy, nor does it extend the amount of Short-Term Disability Leave available. If you are a Microsoft employee working in Washington State, the use of sick leave, floating holidays and/or vacation leave may be impacted.

*In the event you later become eligible to apply for benefits under Microsoft's long term disability Plan, the date of disability used to calculate Long Term Disability benefits is the first date you are deemed disabled in accordance with the definition of disability in the Long-Term Disability policy.

**Multiple Leaves for Related Conditions**

A subsequent leave for the same or a related condition taken within 12 months following return to active employment from STD leave will be considered an extension of the original STD leave. A condition will be considered "related" if (a) it in whole or part arose from, was triggered by, or gave rise to the condition(s) for which the original STD leave was taken, or (b) the employee received treatment for it while on the original STD leave. Microsoft and/or Prudential will determine in its sole discretion whether a condition meets this definition of "related." Subsequent leaves—whether for the same or a different condition—are subject to the eligibility requirements described above.

**Subrogation and Overpayment**

Microsoft reserves the right to subrogate against any third party liable for the condition for which leave was taken. Work-related injuries and illnesses are covered by workers' compensation, not by this STD policy. If you receive STD pay and subsequently receive workers' compensation benefits for the same condition, or if you receive an overpayment of STD pay, you will be required to reimburse Microsoft all or a part of the STD pay you received. If you are overpaid while on leave, you will receive written notice from Payroll which will include the overpayment amount and re-payment instructions.

**Confidentiality of Records**

Unless you request otherwise, all documentation regarding your medical condition will be kept with Prudential and/or Benefits and will not become part of your personnel file. Information kept in Benefits and Prudential files will be disclosed only on a strict need-to-know basis.

**Effect of Short-Term Disability Leave Upon Benefits**

Health care benefit coverage will remain in effect for the duration of an approved STD leave. Participation in the 401(k) plan continues while on paid STD leave. Vacation is not accrued while on a paid or unpaid STD leave except for periods when accrued vacation leave is being substituted for the STD leave. Vacation will be accrued in full while an employee is working on paid or unpaid partial (reduced or intermittent) STD leave.

**Effect of Leave(s) Upon Stock Vesting and ESPP**

While you are on your approved Paid or Unpaid STD Leave under this policy, there is no impact to stock vesting. For detailed information on leaves and vesting, please refer to the Stock Award and Stock Option Vesting Policies for Leave of Absence and Part-Time Employment contained at the end of this packet.

If you withdraw from ESPP, you may re-enroll in the program at any time prior to the next offering period. If you are on leave during an ESPP offering period you may use the ESPP online tool at to enroll,

change your contribution rate, or withdraw from an offering period. If you are not able to use the online ESPP tool, then you must contact Fidelity directly at (888) 810-6738, option 2 prior to the ESPP enrollment deadline. Please contact Benefits for further information and refer to ESPP.

**Microsoft Holidays**

Leaves of absences, paid or unpaid, are not extended if Microsoft designated holidays fall during your leave. Additionally, if you are on paid STD leave you will be paid at the disability rate on these holidays. The disability rate is 100% during weeks 1-8 of leave and 75% during weeks 9-26 of leave. If you are on unpaid leave following STD leave you are not eligible for Microsoft designated holidays.

If you are on an approved paid partial STD or partial Long-Term Disability leave of absence during a company observed holiday, your pay for that day will be pro-rated based on the average number of hours you have been working or approved to work.

**Rewards Allocation**

If you are on an approved leave of absence during the review period, the same review policies that apply to employees not on a leave will apply to you. Microsoft employees must work 90 days during the fiscal year to be eligible for rewards allocation, consideration for annual bonus, merit increase and/or stock award (if other stock eligibility requirements are met). Any bonus you may be eligible for will be pro-rated based on the amount of time you worked during the rewards period, as well as any period of time during your leave when you used paid sick, vacation or floating holiday, which will count towards your bonus eligible salary calculation.

If you are on an approved leave of absence during rewards allocation, and you have worked more than 90 days during the fiscal year, you have the option to meet with your manager to have your annual rewards discussion during your leave or when you return to work. Regardless of the option you choose, you will receive your annual rewards (if awarded) at the same time as other employees on your team. If feasible, you should speak with your manager about completing a Connect prior to going out on a leave of absence based on the Connect cadence in your part of the organization. If this is not possible, you may complete a Connect upon your return.

**Applying for STD Leave and Eligibility**

To the extent that you are able, you must submit your STD leave request in the Microsoft Leave of Absence Tool at least 15 calendar days prior to the start date of your STD leave. For paid STD leave, you must also call Prudential immediately to provide information to initiate your STD claim. In no event may you submit a request for STD leave after you have terminated employment with Microsoft or a participating employer unless otherwise permitted under applicable under state law. Medical documentation is necessary to determine initial and on-going eligibility. If it is not feasible to submit the medical documentation in this 15-day timeframe, it must be submitted within 15 days of your leave

commencing. If the required medical certification form (*Microsoft Physician Statement – Application for Unpaid STD* or the Prudential *Attending Physician's Statement – Application for Paid STD*) is not received in the allotted timeframe, Microsoft will take any action that it deems appropriate, including, but not limited to, treating your leave as unpaid, requiring that you return to work, and treating your continued absence as job abandonment.

In the event required documentation is not received within 15 days of the date your leave commenced, or in situations where the employee has been approved for paid STD leave but fails to submit updated documentation by a date requested by Prudential, Microsoft reserves discretion to deny paid leave for the time period prior to such submission and to approve STD pay only for periods following receipt of the required documentation. Regardless of your receipt of STD pay, all STD leave will be counted toward the maximum of 26 weeks. In situations where the request for STD pay and/or the Statement of Impairment are not received until after the employee returns to work, the employee is not eligible for retroactive STD pay for the entire leave regardless of whether the employee otherwise met eligibility requirements.

**FAILURE TO MEET ANY REQUIREMENTS OR DEADLINES STATED IN THIS POLICY, OR TO COOPERATE WITH MICROSOFT'S EFFORTS TO DETERMINE ELIGIBILITY FOR PAID OR UNPAID STD LEAVE, MAY RESULT IN DENIAL OR DISCONTINUATION OF SHORT-TERM DISABILITY PAY AND/OR YOU BEING REQUIRED TO RETURN TO WORK AND/OR TERMINATION OF EMPLOYMENT. DISHONESY OR MISREPRESENTATION IN CONNECTION WITH A REQUEST FOR STD LEAVE WILL RESULT IN DISCIPLINARY ACTION, UP TO AND INCLUDING IMMEDIATE TERMINATION OF EMPLOYMENT.**

**Conducting a Job Search While on Leave**

If you interview for another job or accept an offer for another job while you are on STD leave, you may become ineligible for STD pay as of the date of your first interview or acceptance. You will, however, be considered for unpaid leave for the remainder of the time that you are unable to work. In the event that STD pay has been paid to you after the date that you became ineligible, you will be indebted to the company, and required to repay the total amount of the STD pay you received after that date.

**Moonlighting While on Leave**

If you plan to engage in any moonlighting activity while on an approved STD leave, you must make sure the activity is consistent with company policy and your Employee Agreement. You must also notify your Benefits Business Partner of your planned moonlighting activity, the hours you work and any pay you receive. You will be required to provide the name of the company or person you are working for (or if you are self-employed), your job title and duties. Microsoft may, in turn, follow up with your physician regarding the work you are able to perform while moonlighting.

**Re-employment**
If your short-term disability leave is twelve (12) weeks or less, as determined by your physician, Microsoft will return you to your previous position or an equivalent position, absent certain exceptions (e.g., elimination of your position due to a reduction in force, reorganization, or signed agreement providing for your separation from Microsoft). If your physician recommends that you return to work with restrictions, Microsoft will work with you, your manager, and your physician to determine whether those restrictions can be reasonably accommodated. Information from other medical and/or vocational experts may also be considered.

Business needs may require that your position be filled if you are on a leave or combination of leaves longer than 12 weeks. Job fill decisions will be made on a case-by-case basis and at Microsoft's sole discretion, considering factors that may include, among others, your medical status and prognosis, information from your health care provider(s), information from other medical professionals, and the business impact of continuing to hold your job open.

If your job is filled and you remain on leave status, Microsoft will review several factors upon your release to return to work to determine, in its sole discretion, whether you will remain employed and, if so, what your employment status will be. These factors may include, among others, the availability of open positions for which you are qualified, whether any work restrictions can be accommodated, current business needs, and your qualifications, experience, and skillset. You may be eligible for assistance in locating a new position and/or a severance package

**Leave in Excess of STD Period**
If you exhaust STD and remain unable to return to work full-time, Microsoft will periodically review your circumstances to determine, in its sole discretion, whether you will remain employed and what your employment status will be. Factors may include, among others, your medical status and prognosis, information from your health care provider(s), information from other medical professionals, and the business impact of continuing to hold your job open.

**Impact of Job Elimination on Leave**
Job Elimination While on Leave Status: If you commenced a full-time STD leave prior to the scheduled notification date for a job elimination impacting your role, you may remain on STD leave subject to the terms, conditions and restrictions of the policy. When your health care provider certifies that you are able to work, you may be eligible to be offered severance benefits and/or separation pay upon your release. For pregnancy-related STD leave, please refer to the applicable Maternity Disability Leave Policy.

**Job Elimination and Subsequent STD Leave**
Employees may commence full-time STD leave on or after the scheduled notification date for a job elimination impacting their role, provided they meet eligibility requirements; however, any leave

provided will not result in an adjustment or extension of the termination date, except as may be required by applicable law. If the termination date is not adjusted, the employee may, at Microsoft's sole discretion, be offered a special payment following termination. For more information, contact Microsoft Benefits at (425) 706-8853 or by emailing benefits@microsoft.com.

**Effect of Unpaid Leave(s) Upon Payroll Deductions and Imputed Income**
Employees who are enrolled in benefits that require a payroll deduction or result in imputed income will not have deductions taken during unpaid leave. Upon return from the unpaid leave, Payroll will make deductions from your paycheck to account for payment of premiums and taxes for the duration of your unpaid leave.

**Interaction with Family & Medical Leave Act, State Leave Laws, and Signed Agreements**
This policy is intended, in part, to implement certain rights granted under the Family and Medical Leave Act (FMLA). The FMLA imposes service-related eligibility requirements on employees, i.e., to have been employed by Microsoft for at least 12 months and to have worked at least 1,250 hours during the 12-month period prior to commencing leave. Except for interns, Microsoft does not require its employees to satisfy these service eligibility requirements in order to apply for or commence a leave of absence. However, Microsoft reserves discretion to apply FMLA service requirements for an employee who has been on leave of absence or inactive status for an extended amount of time. For example, if an employee has been on one or more leaves of absence for a total of six months or more in a 12-month period, the company may choose to apply the 1,250-hour service requirement as to any additional requests for leave.

The FMLA does not grant family medical leave rights to care for a same sex domestic partner, but Microsoft's Family Caregiver Leave policy grants such leave as a company benefit.

Time away from work while on other types of leave or inactive status (for example, Short Term Disability Leave, Long Term Disability, Workers' Compensation Leave, Maternity Disability Leave, Parental Leave, Family Caregiver Leave, Military Family Leave, unpaid leave, inactive status, etc.) will be counted against an employee's entitlement (if any) to leave under the FMLA and any applicable state and local laws, to the extent permitted by such laws. In other words, leave or inactive status under this policy and other company policies and programs will run concurrently with leave provided for under the FMLA and other laws, to the extent permitted by those laws. Sick leave and vacation leave will also be counted as FMLA leave when the employee chooses to use sick or vacation leave during an FMLA-qualifying leave.

Please note that re-employment rights may be affected when a leave or combination of leaves exceeds the applicable FMLA limit or when a position is eliminated due to a re-organization, reduction in force, or other business reasons.

If you have signed an agreement providing for your separation from Microsoft, your employment will be terminated as specified in the agreement, and you will no longer be on leave status or be eligible for STD pay.

**For more information on the FMLA, see the Family and Medical Leave Act FAQs.**

**Microsoft reserves the right to amend the above policies as to existing and/or future leaves without further notice and at any time due to changes in federal, state, or local law or for any other reason.**

The facts and information you provide to support initial and ongoing eligibility for STD leave must be true, accurate, and complete to the best of your knowledge. Provision of untrue, inaccurate, or incomplete information, or falsification, misrepresentation or omission of facts or information will result in the denial of STD pay and discipline, up to and including termination. The company retains the right to recoup any payments made to you in error. Microsoft reserves the right to deny benefits for an employee who has been convicted of a crime and/or is incarcerated.

Depending on the state you work or reside in, you may be eligible for additional benefits under state law. Please visit or contact Benefits for additional short-term disability information. You can find state-specific information here. Some states grant employees a right to short term disability benefits following layoff or other termination of employment. In such situations Microsoft will follow the applicable legal requirements; however, employment will still be terminated, and Microsoft will not extend any compensation or benefits that are not required by law. For example, following termination of employment the employee will not receive continued health plan coverage, stock, or re-employment.

**The term "disability" as used in this policy and for purposes of Short-Term Disability Leave, is not synonymous with any definition of disability under State or Federal law, such as the Americans with Disabilities Act, the Rehabilitation Act of 1973 or RCW 49.60. Eligibility for paid STD Leave or payment of STD Leave benefits is not an admission or finding that you are "disabled" within the meaning of any such laws or that you are entitled to accommodation.*

# Short Term Disability FAQ for Microsoft Employees

**If I am exploring my Short-Term Disability (STD) leave options, who can I contact for more information?**

You may contact Benefits who will connect you with the Benefits Business Partner who supports your organization.

**Will I have both a Benefits Business Partner from Microsoft as well as a Claims Manager from Prudential for the management of my paid STD leave?**

For paid STD leave, your Prudential Disability Claims Manager (DCM) will be your main point of contact throughout your paid leave. However, you will also have a Microsoft Benefits Business Partner and are required to keep them informed of any changes to your leave until the time you return to work.

**How do I submit my paid STD application to Prudential?**

To apply for a paid leave of absence please visit the Short Term Disability Leave of Absence site and click on "Leave of Absence Tool". Review the automated email notification you receive from LOAadmin@microsoft.com for instructions prior to contacting Prudential. Call Prudential at 1-877-673-8562 and provide the information required to begin the review process.

**How do I contact my Prudential Claims Manager (DCM) to discuss my paid STD leave status?**

You may contact Prudential at 1-877-673-8562 (MSFTLOA) to receive a status update. However, once Prudential receives the completed Attending Physician Statement, a Prudential Disability Claims Manager will review your claim, generally make a decision within 5 to 7 business days and contact you at that time.

**I am pregnant and want to apply for STD leave 2 weeks in advance of my anticipated due date. What is the process?**

If you want to take STD leave, you will need to apply for it **before** you apply for maternity disability leave.

1. Go to the Leave of Absence (LOA) tool.
2. Under **Pregnancy or Parental**, choose **Prenatal or Pregnancy with Complications**.

**What if I am found to be ineligible for paid STD leave?**

Provided you meet policy provisions, you may be eligible for unpaid STD leave if you are ineligible for paid STD leave. Your Microsoft Benefits Business Partner will manage your unpaid STD leave.

If you disagree with the decision Prudential has made regarding your paid short-term disability leave, you have the option to appeal this decision. If you choose to do so, your appeal must be made in writing by you or your authorized representative and submitted within 180 days of the date of receipt of Prudential's decision letter. Your appeal should contain:

- Your name, Microsoft control number -43994, and your claim number
- The reasons that you disagree with Prudential's determination
- Medical evidence or information to support your position such as:
    - Copies of therapy treatment notes
    - Any additional treatment records from physicians
    - Actual test results (e.g., EMG, MRI)

You may submit with your appeal any other written comments, documents, records, or information related to your claim. You may receive, upon request and free of charge, reasonable access to, and copies of, documents, records, and other information relevant to your claim. Your written appeal should be submitted to the Appeals Review Unit at the address or fax number listed at the top of the cover letter.

Prudential typically requires 45-90 days to make an STD appeal determination. While Prudential does strive to make a decision as quickly as possible, there are variables that factor into decision timeframes such as the ability to procure needed medical records and the requirement for independent medical review. You will receive written notice of the date by which the Appeals Review Unit expects to render a decision within the initial 45-day period, and updates thereafter if an extension of time is needed. If the Appeals Review Unit requests additional information, the extension may be delayed until you provide the requested information. Please note: Microsoft's STD Policy and STD appeal process are not regulated by ERISA and are not subject to ERISA appeal requirements.

If Prudential's decision to deny paid STD leave is upheld at the first level of appeal, you or your authorized representative may file a voluntary second appeal. You are entitled to receive upon request and at no cost, sufficient information to make a decision about filing this appeal. The same time frame for the first appeal will apply to the second appeal.

**How can you help to move the appeal review along as quickly as possible?**

If medical records are requested from your treating provider(s), ask them to submit the documentation in a timely manner. Some medical providers require that you sign their own medical authorization form in order to respond to a medical records request from Prudential.

**How will I receive my STD pay?**

You will continue to receive your STD pay through Microsoft's direct deposit payroll process as you do today.

**If I am a part-time employee, how does my reduced work schedule impact the 26 weeks (or 1040 hours) of STD Benefit?**

Pay and time off eligibility for paid STD leave will be prorated based on your part-time schedule at the beginning of your leave. For example, if you work 75% of full-time, 720 hours of paid STD pay would be available in a rolling calendar year for an STD leave, but those hours would be based on a 30-hour workweek. STD would be paid at 100% of your part-time base salary for 8 weeks, then 75% of your part-time base salary for the remainder of your STD leave.

**Can I request to use my sick leave, granted vacation time or floating holidays while on unpaid STD or in lieu of STD pay?**

Yes. However, any sick, vacation or floating holiday time that is substituted for STD leave will run concurrently with short term disability leave. Vacation and floating holidays are treated as substitutions for all or part of an STD leave, not as additions or augmentation to STD leave or STD pay and using sick, vacation or floating holidays will not extend the total amount of STD leave available. Please contact your Benefits Business Partner to request the use of vacation or floating holidays while on leave.

**If my STD leave spans from one calendar year to the next, will I receive 80 hours of sick leave at the start of the new calendar year, and can they be used during my STD leave?**

If your leave carries over into the new calendar year, you may elect to use your new allotment of 80 hours of sick leave in lieu of receiving short term disability pay, if applicable. Any sick leave that is substituted for STD leave will run concurrently with short term disability leave. Sick leave is treated as substitutions for all or part of an STD leave, not as additions or augmentation to STD leave or STD pay and using sick leave will not extend the total amount of STD leave available. Please contact your Benefits Business Partner to request the use of sick time while on leave.

**How does a leave of absence affect my Time-Off Balances?**

Due to system constraints, your vacation, vacation forfeiture and sick leave balances may be reflected inaccurately in company records while you are on leave. If, during your STD leave, you need up-to-date information about your vacation or sick leave balances, please contact Benefits or your Benefits Business Partner.

**How does taking a Leave of Absence Impact Sales Incentive Plans?**

You can find information with respect to your Sales Incentive Plan and how it impacts leaves using the resources below:

For reference material for RBI/ UBI and pay and /or impacts of LOA, please refer to the Incentive Plan Business Rules here.

For any additional questions or clarification, please file a ticket with WWIC: *WWIC Service Portal*.

**As a salaried employee, will the amount of my paycheck fluctuate while on paid STD leave?**

Yes, during a paid short term disability leave, you will receive 100% of your base salary for up to 8 weeks. The remainder of your STD leave will be paid at 75% of your base pay. This will be calculated based on the number of regular workdays (or hours) that you are on leave, for up to a total of 26 weeks (1040 regular work hours). As the number of days may change per pay period, your paycheck amount may vary as well.

**If I am an hourly employee, how do I report my time while out on STD leave?**

While out on Short Term Disability Leave hourly employees are not required to submit timecards reflecting their time off. Once you are approved for and placed on paid status in our system, this triggers Payroll to pay at the disability rate while you are on a leave.

**Am I able to check my e-mail or work while out on STD leave?**

You should not perform work while you are on leave. You may choose to read email to keep connected to work, however do not respond or re-direct emails related to work issues. If you would like to discuss working from home on a part-time basis while on STD leave, please contact your Microsoft Benefits Business Partner.

**Can I make changes to my health care benefit options during the annual open enrollment period even though I am out on STD leave?**

If you are out on STD leave during the annual open enrollment period in November, Benefits will send an enrollment packet to your home address and allow you to make changes to your benefits package. The changes you make to your benefits will be effective on January 1st.

**How does a leave of absence affect my Giving Campaign Contributions?**

If you are on a paid leave of absence, your giving-related payroll deductions will continue as you intended during your leave. Please note that if the combined total of all giving-related payroll deductions scheduled for a pay period exceeds the total gross wages in your paycheck, no deductions will be taken from your paycheck and the scheduled transaction(s) for that paycheck is deleted from the Giving Portal.

If you are on an unpaid leave of absence, your giving-related payroll deductions will not occur during your leave and the scheduled transactions for the period of your unpaid leave are deleted from the Giving Portal. If you set up recurring payroll deductions, the deductions will resume as scheduled upon your return to paid status from leave. Before or after unpaid leave, you can set up a one-time payroll deduction to make up for the missed pay periods during your unpaid leave.

# Microsoft Corporation 2017 Stock Plan

## 1. Purpose of the Plan

The purposes of this Plan are to attract and retain Employees and Consultants, and knowledgeable, independent Non-Employee Directors of the Company, and to provide additional incentives to those persons to continue to work in the best interests of the Company and its shareholders.

## 2. Definitions

As used in this Plan, the following definitions apply:

1. "**Award**" means any award or benefits granted under the Plan, including Options, Share Awards, SARs, and Director Fee Awards.
2. "**Award Agreement**" means a written or electronic agreement setting forth the terms of an Award.
3. "**Awardee**" means the holder of an outstanding Award.
4. "**Board**" means the Board of Directors of the Company.
5. "**Change in Control**" means the occurrence of any of the following events:
    1. during any period of not more than 36 months, individuals who constitute the Board as of the beginning of the period (the " **Incumbent Directors**") cease for any reason to constitute at least a majority of the Board, provided that any person becoming a director subsequent to the beginning of such period, whose election or nomination for election was approved by a vote of at least two-thirds of the Incumbent Directors then on the Board (either by a specific vote or by approval of the proxy statement of the Company in which such person is named as a nominee for director, without written objection to such nomination) will be an Incumbent Director; provided, however, *that* no individual initially elected or nominated as a director of the Company as a result of an actual or publicly threatened election contest with respect to directors or as a result of any other actual or publicly threatened solicitation of proxies by or on behalf of any person other than the Board will be deemed to be an Incumbent Director;
    2. any "person" (as such term is defined in Section 3(a)(9) of the Exchange Act and as used in Sections 13(d)(3) and 14(d)(2) of the Exchange Act), is or becomes a "beneficial owner" (as defined in Rule 13d-3 under the Exchange Act), directly or indirectly, of securities of the Company representing 50% or more of the combined voting power of the Company's then-outstanding securities eligible to vote for the election of the Board ("**Company Voting Securities**"); provided, however, *that* the event described in this clause (ii) will not be deemed to be a Change in Control by virtue of the ownership, or acquisition, of Company Voting Securities: (A) by the Company, (B) by any employee benefit plan (or related trust) sponsored or maintained by the Company, (C) by any

underwriter temporarily holding securities pursuant to an offering of such securities or (D) pursuant to a Non-Qualifying Transaction (as defined in clause (iii) of this definition);

3. the consummation of a merger, consolidation, statutory share exchange or similar form of corporate transaction involving the Company that requires the approval of the Company's shareholders, whether for such transaction or the issuance of securities in the transaction (a "**Business Combination**"), unless immediately following such Business Combination: (A) more than 50% of the total voting power of (x) the entity resulting from such Business Combination (the "Surviving Entity"), or (y) if applicable, the ultimate parent corporation that directly or indirectly has beneficial ownership of at least 95% of the voting power, is represented by Company Voting Securities that were outstanding immediately prior to such Business Combination (or, if applicable, is represented by shares into which such Company Voting Securities were converted pursuant to such Business Combination), and such voting power among the holders thereof is in substantially the same proportion as the voting power of such Company Voting Securities among the holders thereof immediately prior to the Business Combination, (B) no person (other than any employee benefit plan (or related trust) sponsored or maintained by the Surviving Entity or the parent), is or becomes the beneficial owner, directly or indirectly, of 50% or more of the total voting power of the outstanding voting securities eligible to elect directors of the parent (or, if there is no parent, the Surviving Entity) and (C) at least a majority of the members of the board of directors of the parent (or, if there is no parent, the Surviving Entity) following the consummation of the Business Combination were Incumbent Directors at the time of the Board's approval of the execution of the initial agreement providing for such Business Combination (any Business Combination which satisfies all of the criteria specified in (A), (B) and (C) of this clause (iii) will be deemed to be a "**Non-Qualifying Transaction**"); or
4. the consummation of a sale of all or substantially all of the Company's assets (other than to an affiliate of the Company); or
5. the Company's shareholders approve a plan of complete liquidation or dissolution of the Company.

6. "**Code**" means the Internal Revenue Code of 1986, as amended.
7. "**Committee**" means the Compensation Committee of the Board.
8. "**Company**" means Microsoft Corporation, a Washington corporation, and any successor entity.
9. "**Consultant**" means any individual other than an Employee or a Non-Employee Director who is directly engaged by, and paid by, the Company, to render personal services to the Company.
10. " **Continuous Status" and "Continuous Status as a Participant** " mean (1) for Employees, the absence of any interruption or termination of service as an Employee, (2) for Non-Employee Directors, the absence of any interruption, removal, termination, or other cessation of service as a Non-Employee Director, and (3) for Consultants, the absence of any interruption, expiration, or termination of that person's personal services to the Company or the occurrence

of any termination event as set forth in that person's Award Agreement. An Employee's Continuous Status is not considered interrupted in the case of a leave of absence or other time away from work during which Continuous Status is not considered interrupted in accordance with Company policies.

11. "**Conversion Options**" means the Options described in Section 6(c) of the Plan.
12. "**Director Fee Award**" means a cash award granted under the Plan to a Non-Employee Director, including retainers and meeting-based fees.
13. "**Employee**" means any person, including an officer, who is a common law employee of, receives remuneration for personal services to, is reflected on the official human resources database as an employee of, and is on the payroll of the Company or any Parent or Subsidiary of the Company. A person is on the payroll if he or she is paid from the payroll department of the Company, or any Parent or Subsidiary of the Company. Persons providing services to the Company, or to any Parent or Subsidiary of the Company, pursuant to an agreement with a staff leasing organization, temporary workers engaged through or employed by temporary or leasing agencies, and workers who hold themselves out to the Company, Parent, or Subsidiary to which they are providing services as being independent contractors, or as being employed by or engaged through another company while providing the services are not Employees for purposes of the Plan, whether or not the persons are, or may be reclassified by the courts, the Internal Revenue Service, the U.S. Department of Labor, or other person or entity as, common law employees of the Company, Parent, or Subsidiary, either solely or jointly with another person or entity.
14. "**Effective Date**" means the date this Plan is approved by the shareholders of the Company.
15. "**Exchange Act**" means the Securities Exchange Act of 1934, as amended.
16. "**Incentive Stock Option**" means any Option intended to qualify as an incentive stock option within the meaning of Section 422 of the Code.
17. "**Non-Employee Director**" means a member of the Company's Board of Directors who is not an Employee.
18. "**Nonqualified Stock Option**" means an Option not intended to qualify as an Incentive Stock Option.
19. "**Option**" means a stock option granted under the Plan, including any Incentive Stock Option and any Nonqualified Stock Option.
20. "**Parent**" means a "parent corporation," whether now or hereafter existing, as defined in Section 424(e) of the Code.
21. "**Plan**" means this 2017 Stock Plan, including any amendments to it.
22. "**Restricted Stock Award**" means a grant of Shares that is subject to certain specified restrictions (including, without limitation, a requirement that the Awardee remain in Continuous Status for a specified period of time).
23. "**SAR**" means a stock appreciation right awarded under the Plan.

24. "**Section 409A**" means Section 409A of the Code, including any amendments or successor provisions to that section, and any regulations and other administrative guidance thereunder, in each case as they may be from time to time amended or interpreted through further administrative guidance.
25. "**Share**" means one share of Company common stock.
26. "**Share Award**" means a Restricted Stock Award or Stock Award, or other grant of Shares or of a right to receive Shares or their cash equivalent (or both), under the Plan.
27. "**Stock Award**" means an unfunded and unsecured promise to deliver Shares or their cash equivalent (or both), subject to certain restrictions (including, without limitation, a requirement that the Awardee remain in Continuous Status for a specified period of time).
28. "**Subsidiary**" means (i) in the case of an Incentive Stock Option, a "subsidiary corporation," whether now or hereafter existing, as defined in Section 424(f) of the Code, and (ii) in the case of a Nonqualified Stock Option, a SAR or a Share Award, with the approval of the Committee, a limited liability company, partnership, or other entity in which the Company controls 50 percent or more of the voting power or equity interests.
29. "**Total and Permanent Disability**" means with respect to an Employee, that the Participant either: (i) has been determined by the U.S. Social Security Administration to be eligible for disability benefits under the Social Security disability insurance program or the Supplemental Security Income program, and is currently receiving such disability benefits; or (ii) is currently receiving, and has been receiving for a continuous period of at least three months, income replacement benefits under the long term disability plan sponsored by the Company or a Subsidiary.

### 3. Shares Subject to the Plan

Subject to the provisions of Sections 15 and 17, the maximum aggregate number of Shares that may be awarded and delivered under the Plan after the Effective Date will not exceed the sum of (i) 308,000,000 Shares, (ii) the number of Shares available for future awards under the Company's 2001 Stock Plan as of the Effective Date, less 2,000,000 Shares reserved for issuance under the 2001 Stock Plan, (iii) the number of Shares remaining available under the Company's 1999 Stock Plan for Non-Employee Directors as of the Effective Date, and (iv) the number of undelivered Shares subject to Awards under the Plan or the 2001 Stock Plan that again become available for other Awards as provided under this paragraph (the "Absolute Share Limit"). The Absolute Share Limit will be adjusted proportionately in the event of any stock split, stock dividend, or similar event with respect to the Shares. If an Award under the Plan or the 2001 Stock Plan expires, terminates, is settled in cash, or is cancelled or forfeited, without delivery of Shares, or otherwise results in the return of Shares to the Company after the Effective Date, the undelivered Shares covered by the Award will again become available for other Awards under the Plan. Notwithstanding the foregoing, in no event will any of the following Shares again become available for other Awards: (A) Shares tendered or withheld in respect of taxes, (B) Shares tendered or withheld to pay the exercise price of Options, (C) Shares repurchased

by the Company from the Awardee with the proceeds from the exercise of Options, and (D) Shares underlying any exercised SARs. The Shares awarded under the Plan may be authorized but unissued or reacquired Shares.

**4. Administration of the Plan**

1. **Procedure:** The Plan is administered by the Committee. The Board, at its discretion, may take any action that the Committee may take under the Plan and may grant Awards to Non-Employee Directors as described in Section 10. The Committee may delegate its authority to administer the Plan to the extent permitted by applicable law. References to the Committee under the Plan will be deemed to include a person acting within the scope of a delegation of authority from the Committee.
2. **Powers of the Committee:** Subject to the provisions of the Plan, the Committee has the authority, in its discretion: (i) to grant Incentive Stock Options, Nonqualified Stock Options, Share Awards, and SARs; (ii) to determine, in accordance with Section 8(b), the fair market value of the Shares; (iii) to determine, in accordance with Section 8(b), the exercise price per Share of Options and SARs; (iv) to determine the Employees and Consultants to whom, and the time or times at which, Awards are granted and the number of Shares to be represented by each Award; (v) to interpret the Plan and the terms of Awards; (vi) to prescribe, amend, and rescind rules and regulations relating to the Plan, including the form of Award Agreement, and manner of acceptance of an Award; (vii) to determine the terms and provisions of each Award to be granted (which need not be identical) and, with the consent of the Awardee, modify or amend any Award; (viii) to authorize conversion or substitution under the Plan of any or all Conversion Options; (ix) to accelerate or defer (with the consent of the Awardee) the vesting date of any Award or exercise date of any Option or SAR; (x) to authorize any person to execute on behalf of the Company any instrument required to effectuate the grant of an Award previously granted under the Plan; and (xi) to make all other determinations deemed necessary or advisable for the administration of the Plan; provided that, no consent of an Awardee is necessary under clauses (vii) or (ix) if the modification, amendment, acceleration, or deferral, in the reasonable judgment of the Committee confers a benefit on the Awardee, or is made pursuant to an adjustment in accordance with Section 15. The Committee's determinations under the Plan and Award Agreements need not be uniform and may be made by it selectively among persons who receive, or are eligible to receive, Awards under the Plan (whether or not the persons are similarly situated). Without limiting the generality of the foregoing, the Committee will be entitled, among other things, to make non-uniform and selective determinations under Award Agreements, and to enter into non-uniform and selective Award Agreements, as to (a) the persons to receive Awards, (b) the terms and provisions of Awards and (c) whether an Awardee has experienced a cessation of Continuous Service for purposes of the Plan.

3. **Effect of Committee Actions** : All decisions, determinations, and interpretations of the Committee under the Plan are final and binding on all Awardees.

**5. Eligibility**

Awards may be granted to Employees, Non-Employee Directors, and Consultants. Incentive Stock Options may only be granted to Employees. Only Stock Awards and Director Fee Awards may be granted to Non-Employee Directors.

**6. Options**

1. Each Option will be designated in the Award Agreement as either an Incentive Stock Option or a Nonqualified Stock Option. However, notwithstanding any designation, to the extent that the aggregate fair market value of the Shares with respect to which Options designated as Incentive Stock Options are exercisable for the first time by any Employee during any calendar year (under all plans of the Company) exceeds $100,000, the Options will be treated as Nonqualified Stock Options.
2. For purposes of Section 6(a), Options will be taken into account in the order in which they were granted, and the fair market value of the Shares will be determined as of the time the Option with respect to the Shares is granted.
3. Options converted or substituted under the Plan for any or all outstanding stock options and stock appreciation rights held by employees and consultants granted by entities subsequently acquired by the Company or a subsidiary or affiliate of the Company (" **Conversion Options**") will be effective as of the close of the respective mergers into, or acquisitions of the entities by, the Company or a subsidiary or affiliate of the Company; provided that Conversion Options may not be exercised during any periods that may be specified by the Company immediately following the close of the merger or acquisition necessary to ensure compliance with applicable law. The Conversion Options may be Incentive Stock Options or Nonqualified Stock Options, as determined by the Committee; provided that, stock appreciation rights in the acquired entity will only be converted to or substituted with Nonqualified Stock Options. The Conversion Options will be options to purchase the number of Shares determined by multiplying the number of shares of the acquired entity's common stock underlying each stock option or stock appreciation right immediately prior to the closing of the merger or acquisition by the number specified in the applicable merger or acquisition agreement for conversion of each share of the entity's common stock to a Share (the "**Merger Ratio**"), rounded down to the closest whole share. Conversion Options will be exercisable at an exercise price per Share (increased to the nearest whole cent) equal to the exercise price per share of the acquired entity's common stock under each stock option or stock appreciation right immediately prior to closing divided by the Merger Ratio. Conversion Options may be granted and exercised

without the issuance of an Award Agreement.

**7. SARs**

Each SAR will cover a specified number of Shares and will be exercisable upon the terms and conditions the Committee determines. Upon exercise of the SAR, the holder will be entitled to receive a distribution from the Company in an amount equal to the excess of (A) the aggregate fair market value (on the exercise date) of the Shares underlying the exercised right over (B) the aggregate base price in effect for those Shares. The number of Shares underlying each SAR and the base price in effect for those Shares will be determined by the Committee at the time the SAR is granted. The distribution with respect to an exercised SAR may be made in Shares valued at fair market value on the exercise date, in cash, or partly in Shares and partly in cash, as the Committee deems appropriate.

**8. Options and SARs**

1. **Term:** The term of each Option or SAR will be no more than ten (10) years from the date of grant. However, in the case of an Incentive Stock Option granted to an Employee who, at the time the Option is granted, owns Shares representing more than ten percent (10%) of the voting power of all classes of shares of the Company or any Parent or Subsidiary, the term of the Option will be no more than five (5) years from the date of grant.
2. **Exercise Price/Consideration:** The per Share exercise price under each Option or SAR will be determined by the Committee or other person authorized to grant the award, except that for an Incentive Stock Option granted to (A) an Employee who, at the time of the grant of the Incentive Stock Option, owns shares representing more than ten percent (10%) of the voting power of all classes of shares of the Company or any Parent or Subsidiary, the per Share exercise price will be no less than 110% of the fair market value per Share on the date of grant or (B) any other Employee, the per Share exercise price will be no less than 100% of the fair market value per Share on the date of grant.
   Except for Conversion Options, the per Share exercise price under a Nonqualified Stock Option or SAR will be no less than the fair market value per Share on the date of grant. The fair market value per Share will be the closing price per Share on the NASDAQ Stock Market ("**NASDAQ**") on the date of grant. If the Shares cease to be listed on NASDAQ, the Committee will designate an alternative method of determining the fair market value of the Shares. The consideration to be paid for the Shares to be issued upon exercise of an Award, including the method of payment, will be determined by the Committee at the time of grant and may consist of cash and/or check.
3. **Exercise:** Any Option or SAR granted under the Plan will be exercisable at the times and under the conditions described in the Award Agreement, subject to the terms of the Plan. An Option or SAR may not be exercised for a fraction of a Share. An Option or SAR is deemed to be exercised when the person entitled to exercise the Award gives notice of exercise in

accordance with the Award Agreement and with procedures established by the Company, the Awardee has arranged for the payment of any required tax with respect to the Award, and full payment of the exercise price has been received by the Company. Full payment may consist of any consideration and method of payment allowable under the Award Agreement and the Plan.

4. **Rights as a Shareholder and Dividends:** Until the issuance (as evidenced by the appropriate entry on the books of the Company or of a duly authorized transfer agent of the Company) of the Shares, no right to vote or receive dividends or any other rights as a shareholder will exist with respect to the Shares subject to the Award, notwithstanding in the vesting or exercise of the Award. No adjustment will be made for a dividend or other right for which the record date is prior to the date the Share is issued, except as provided in Section 15.
5. **Termination of Continuous Status:** In the event of termination of an Awardee's Continuous Status, the Awardee may exercise an outstanding Option or SAR to the extent exercisable on the date of termination (but in no event after the term of the Option or SAR as set forth in the Award Agreement). To the extent that the Awardee was not entitled to exercise an Option or SAR at the termination of Continuous Status, or does not exercise the Option or SAR within the time specified in the applicable Award Agreement, the Option or SAR will terminate unless otherwise provided in the Plan or the Award Agreement.

## 9. Share Awards

Awardees of a Share Award will be notified by means of an Award Agreement of the terms, conditions and restrictions, including vesting, if any, related to the Share Award, including the number of Shares that the Awardee will be entitled to receive or purchase, the price to be paid, if any, and, if applicable, the time within which the Awardee must accept the Share Award. The Award Agreement will provide for the forfeiture of the non-vested Shares under the Share Award upon the Awardee's cessation of Continuous Status unless otherwise provided in the Plan or the Award Agreement. An Award Agreement shall not be required to the extent the Share Award is for fully vested shares without additional terms, conditions or restrictions.

## 10. Non-Employee Director Awards

The Board may grant Director Fee Awards and Stock Awards in its discretion to any Non-Employee Director. Aggregate Director Fee Awards and Stock Awards to any individual Non-Employee Director in respect of any fiscal year of the Company, solely with respect to service as a Non-Employee Director, may not exceed 20,000 Shares (or, in the event the Award is paid in cash, the equivalent cash value thereof as determined by the Board based on the market price of the Company common stock on the last trading day preceding the date of payment). The Board may make exceptions to these limits for individual Non-Employee Directors in extraordinary circumstances, as the Board may

determine in its discretion, provided that the Non-Employee Director receiving such additional compensation shall not participate in the decision to award such compensation.

**11. Term of Plan**

The Plan is effective as of the Effective Date. It will continue in effect until terminated under Section 18.

**12. Limitations on Awards, Vesting, Repricing, Dividends and Dividend Equivalents**

1. The maximum number of Shares with respect to which Awards may be granted to any Employee or Consultant in any one taxable year of the Company will not exceed 20,000,000 Common Shares for Options or SARs, or 5,000,000 shares for Share Awards, adjusted in both cases proportionately in the event of any stock split, stock dividend or similar event with respect to the Shares; provided that substituted or assumed Share Awards described in Section 17 do not count against the limit of this Section 12(a).
2. Without approval of the shareholders of the Company, no Option or SAR may be repriced, replaced, regranted through cancellation, repurchased for cash or other consideration, or modified (except in connection with an adjustment pursuant to Section 15), in each case if the effect would be to reduce the exercise price for the Shares underlying the Option or SAR.
3. No more than 308,000,000 Shares (as adjusted pursuant to the provisions of Section 15) that can be delivered under the Plan may be issued through the grant of Incentive Stock Options.
4. The Committee may provide that a Share Award includes dividends or dividend equivalents, payable in cash or Shares. Any dividends or dividend equivalents under a Share Award will be subject to the same vesting and performance conditions and payment dates as the underlying Shares, and in no event shall any dividends or dividend equivalents be paid to an Awardee unless and until the Award to which they relate has vested.

**13. Disability or Death of Awardee.**

Notwithstanding other provisions of the Plan and unless otherwise provided in the Award Agreement, if an Employee Awardee's Continuous Status terminates as a result of Total and Permanent Disability or Death, the Employee's outstanding but unvested Stock Awards will become immediately vested unless otherwise provided in the Award Agreement. This Section 13 does not apply to Awards other than Stock Awards, or to Stock Awards that are substituted or assumed pursuant to Section 17.

**14. Non-Transferability of Awards**

An Award may not be sold, pledged, assigned, hypothecated, transferred, or disposed of in any manner other than by will or by the laws of descent or distribution and may be exercised, during the lifetime of the Awardee, only by the Awardee; provided that the Committee may permit further

transferability, on a general or specific basis, and may impose conditions and limitations on any permitted transferability.

**15. Adjustments to Shares Subject to the Plan**

1. If any change is made to the Shares by reason of any stock split, stock dividend, recapitalization, combination of shares, exchange of shares or other change affecting the outstanding Shares as a class without the Company's receipt of consideration, appropriate adjustments will be made to (i) the maximum number and/or class of securities issuable under the Plan, (ii) the number and/or class of securities and/or the price per Share covered by outstanding Awards under the Plan, and (iii) the maximum aggregate number of Shares underlying all Nonqualified Stock Options and SARs with a per Share exercise price of less than fair market value on any grant date that may be granted under the Plan. The Committee may also make adjustments described in (i)-(iii) of the previous sentence in the event of any distribution of assets to shareholders other than a normal cash dividend.
2. In determining adjustments to be made under this Section 15, the Committee may take into account factors it deems appropriate, including (i) applicable law, (ii) the potential tax consequences of an adjustment, and (iii) the possibility that some Awardees might receive an adjustment and a distribution or other unintended benefit, and in light of the factors or circumstances may make adjustments that are not uniform or proportionate among outstanding Awards, modify vesting or Share issuance dates, or make other equitable adjustments. Any adjustments to outstanding Awards will be effected in a manner that precludes the enlargement of rights and benefits under the Awards. Adjustments, if any, and any determinations or interpretations, including any determination of whether a distribution is other than a normal cash dividend, made by the Committee will be final, binding, and conclusive. For purposes of this Section 15, conversion of any convertible securities of the Company will not be deemed to have been effected without receipt of consideration. Except as expressly provided in this Section 15, no issuance by the Company of shares of any class, or securities convertible into shares of any class, will affect, and no adjustment by reason thereof will be made with respect to, the number or price of Shares subject to an Award.
3. In the event of the proposed dissolution or liquidation of the Company, the Award will terminate immediately prior to consummation of the proposed action, unless otherwise provided by the Committee. The Committee may, in the exercise of its discretion in these instances, declare that any Award will terminate as of a date fixed by the Committee and give each Awardee the right to exercise an Award as to all or any part of the Shares subject to an Award, including Shares as to which the Award would not otherwise be exercisable.

4.

**16. Impact of a Change in Control**

1. **Committee Actions:** In the event of a Change in Control, an Awardee's Award will be treated, to the extent determined by the Committee to be permitted under Section 409A, in accordance with the following methods, as determined by the Committee:
    1. provide for the assumption of or the issuance of substitute awards that will substantially preserve the otherwise applicable terms of any affected Awards previously granted under the Plan, as determined by the Committee; or
    2. if the affected Awards are not assumed or substituted as provided in (i) above, settle the Awards for an amount of cash or securities equal to their value, where in the case of Options and SARs, the value of such Awards, if any, will be equal to their in-the-money spread value (if any), as determined by the Committee.
    In the event that the consideration paid in the Change in Control includes contingent value rights, earnout or indemnity payments or similar payments, then the Committee will determine if Awards settled under clause (i) above are (A) valued at closing taking into account such contingent consideration (with the value determined by the Committee in its discretion) or (B) entitled to a share of such contingent consideration. For the avoidance of doubt, in the event of a Change in Control where all Options and SARs are settled for an amount (as determined by the Committee) of cash or securities, the Committee may terminate any Option or SAR for which the exercise price is equal to or exceeds the per share value of the consideration to be paid in the Change in Control transaction without payment of consideration therefor. Similar actions to those specified in this Section 15(a) may be taken in the event of a merger or other corporate reorganization that does not constitute a Change in Control.
2. **Performance-Based Stock Awards:** As of the Change in Control date, any outstanding Awards subject to performance conditions not assumed or substituted in the Change in Control will (i) be deemed earned at the actual performance level at the date of the Change in Control (as determined by the Committee) with respect to all open performance periods, (ii) cease to be subject to any further performance conditions, and (iii) continue to be subject to time-based vesting following the Change in Control in accordance with the original performance period.
3. **Non-Employee Director Awards:** In the case of a Non-Employee Director Awardee, notwithstanding the vesting provisions contained in the Award Agreement granting a Stock Award, the Stock Award shall become fully vested and nonforfeitable if, within one year after a Change in Control, that Non-Employee Director shall cease for any reason to be a member of the Board.

4.

**17. Substitutions and Assumptions.**

The Committee has the right to substitute or assume Awards in connection with mergers, reorganizations, separations, or other transactions to which Section 424(a) of the Code applies, provided such substitutions and assumptions are permitted by Section 424 of the Code and the regulations promulgated thereunder. The number of Shares reserved pursuant to Section 3 may be increased by the corresponding number of Awards assumed and, in the case of a substitution, by the net increase in the number of Shares subject to Awards before and after the substitution.

**18. Amendment and Termination of the Plan.**

1. **Amendment and Termination:** The Committee may amend or terminate the Plan from time to time in such respects as the Committee may deem advisable (including, but not limited to amendments which the Committee deems appropriate to enhance the Company's ability to claim deductions related to Option exercises); provided that any increase in the number of Shares subject to the Plan, other than in connection with an adjustment under Section 15, and any amendment described in Section 12(b), requires approval of or ratification by the shareholders of the Company.
2. **Awardees in Foreign Countries:** The Committee has the authority to adopt any modifications, procedures, and subplans as may be necessary or desirable to comply with provisions of the laws of foreign countries in which the Company or its Subsidiaries may operate to assure the viability of the benefits from Awards granted to Awardees performing services in such countries and to meet the objectives of the Plan.
3. **Effect of Amendment or Termination:** Except as otherwise provided in Sections 4 and 15, any amendment or termination of the Plan will not affect Awards already granted and such Awards will remain in full force and effect as if the Plan had not been amended or terminated, unless mutually agreed otherwise between the Awardee and the Committee, which agreement must be in writing and signed by the Awardee and the Company.

**19. Conditions Upon Issuance of Shares**

Shares will not be issued pursuant to the exercise of an Award unless the exercise of such Award and the issuance and delivery of such Shares pursuant thereto will comply with all relevant provisions of law, including, without limitation, the Securities Act of 1933, as amended, the Exchange Act, the rules and regulations promulgated thereunder, and the requirements of any stock exchange upon which the Shares may then be listed.

**20. Reservation of Shares**

The Company, during the term of the Plan, will at all times reserve and keep available a sufficient number of Shares to satisfy the requirements of the Plan.

**21. No Employment/Service Rights**

Nothing in the Plan confers upon any Employee or Consultant the right to an Award or to continue in service as an Employee or Consultant for any period of specific duration, or interfere with or otherwise restrict in any way the rights of the Company (or any Parent or Subsidiary employing or retaining such person), or of any Awardee, which rights are hereby expressly reserved by each, to terminate such person's services at any time for any reason, with or without cause.

**22. Governing Law and Venue**

The Plan and Awards are governed by the laws of the State of Washington, U.S.A., without regard to Washington laws that might cause other law to govern under applicable principles of conflicts of law. The venue for any litigation related to the Plan or Awards will be in King County, Washington.